■ JACQUELINE D. KRELL, Appellant, v S & F TOWING et al., Respondents, et al., Defendant. [917 NYS2d 893]—

The Supreme Court properly granted that branch of the motion of the defendants S & F Towing and William Stetter (hereinafter together the defendants) which was for summary judgment dismissing the complaint insofar as asserted against them. The defendants demonstrated, prima facie, that they were not negligent and, in opposition, the plaintiff failed to raise a triable issue of fact.

The plaintiff's remaining contentions are without merit. Covello, J.P., Chambers, Lott and Cohen, JJ., concur.